## Rees *against* Berryhill.

Watts.
1 w 263
145   16

The decision of the common pleas confirming a sheriff's sale, and ordering the acknowledgement of the deed to the purchaser, is not the subject of a writ of error.

ERROR to the common pleas of *Dauphin* county.

The life estate of *Jeremiah Rees*, in a house and lot, was levied and sold upon a *fieri facias* at the suit of *John Berryhill*, assignee of *Samuel Agnew;* and upon the sheriff's offering the deed to the purchaser for acknowledgement, exceptions were taken to the sale. Upon argument, the court overruled the exceptions, and ordered the deed to be acknowledged, whereupon a writ of error was sued out.

*Elder*, for plaintiff in error.

*Douglass* and *Foster*, for defendant in error, whom the court declined to hear.

PER CURIAM.—This is an attempt to bring before this court the propriety of the acknowledgement of a sheriff's deed in the court below, which can not be done. As therefore the matter assigned is not the subject of a writ of error, we can take no notice of it.

Judgment affirmed.